387 A.2d 919

Commonwealth v. Krasner, Appellant.

Argued September 14, 1977. Peter J. Savage, for appellant; James J. Narlesky, Assistant District Attorney, and John E. Gallagher, District Attorney, submitted a brief for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.